UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK NALI,

      Plaintiff,

v.                                    Case No. 06-10205

MICHIGAN DEPARTMENT OF           HONORABLE AVERN COHN
CORRECTIONS, et al.,

      Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

This is a prisoner civil rights case under 42 U.S.C. § 1983.  Plaintiff is pro se.  On January 17, 2006, plaintiff filed a 23 page complaint naming 32 defendants with 269 paragraphs and 164 pages of exhibits.  On February 8, 2006, the Court entered an Order Directing Plaintiff to Provide the Court with Information Needed to Effectuate Service Regarding the Defendants and to Submit Sufficient Copies of the Complaint and Attachments Within Sixth Days of the Order.  On March 3, 2006, plaintiff requested additional time in which to comply with the Court's order.  On March 8, 2006, plaintiff filed a motion requesting that the Court provide copies of the complaint at the government's expense.  On May 12, 2006, the Court entered an Order directing plaintiff to file an amended complaint and provide required copies and addresses of the defendants by July 14, 2006.  The Court denied plaintiff's request to have copies of the complaint be provided at the government's expense.

Before the Court is plaintiff's motion for reconsideration of the Court's May 12,

2006 Order.  The motion is DENIED.  The government is not required to pay for the

costs of copying the complaint.  The fact that plaintiff needs 23 copies for the

defendants and that the complaint with attachments is over a hundred pages does not

change this result.  The Court will, however, have the complaint served on the

defendants after plaintiff provides the Court with their addresses, as previously directed.

Plaintiff must file an amended complaint and provide information to effectuate service

on defendants on or before July 14, 2006.  Although plaintiff is free to file the amended

complaint in any form he chooses, he may be better advised to file a shorter complaint

against less defendants and with less attachments so as to alleviate some of the

copying burden.

      SO ORDERED.


      s/Avern Cohn                       
      AVERN COHN
      UNITED STATES DISTRICT JUDGE


Dated:  June 5, 2006


I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, June 5, 2006, by electronic and/or ordinary mail.


      s/Julie Owens                     
      Case Manager
      (313) 234-5160