UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK NALI,

      Plaintiff,

v.                                                                    Case No. 06-10205

MICHIGAN DEPARTMENT OF                       HONORABLE AVERN COHN
CORRECTIONS, et al.,

      Defendants.
_____/


### ORDER DENYING PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE JUDGE'S ORDER DENYING PLAINTIFF's EX-PARTE MOTION FOR APPOINTMENT OF COUNSEL

This is a prisoner civil rights case under 42 U.S.C. § 1983. Plaintiff is pro se. On January 17, 2006, plaintiff filed a 23 page complaint naming 23 defendants with 269 paragraphs and 164 pages of exhibits. The matter has been referred to a magistrate judge for pre-trial proceedings. Plaintiff filed an ex-parte motion for appointment of counsel. The magistrate judge issued an order denying the motion without prejudice. See Order Denying Plaintiff's Ex-Parte Motion for Appointment of Counsel, filed May 17, 2007.

Before the Court are plaintiff's objections. The objections are DENIED. As the magistrate judge explained, plaintiff has been able to adequately articulate his § 1983 claims and understands the legal process.[1] As such, the appointment of counsel is not

---

[1]Indeed, plaintiff has been a prolific litigator in this district. A search of court records reveals he has filed approximately twenty pro se cases dating back to 1994.

warranted at this time.

SO ORDERED.


 s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE


Dated:  June 7, 2007


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record and Frank Nali, #449442, N5705 Ojibway Road, Marenisco, MI 49947 on this date, June 7, 2007, by electronic and/or ordinary mail.


 s/Julie Owens
Case Manager, (313) 234-5160